## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

          v.                : **CRIMINAL NO. 17-151-1**

JOEL LEE QUENTIN SCOTT       :

## O R D E R

AND NOW, this 31st day of May, 2017, upon consideration of Defendant's

Motion to Dismiss Count Two of the Indictment under Federal Rule of Criminal Procedure

12(b)(3)(B)(v) and the government's response in opposition thereto, it is hereby **ORDERED** that

said motion is **DENIED**.

BY THE COURT:

HONORABLE J. CURTIS JOYNER
*Senior Judge, United States District Court*