IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 17-151-1 |
| JOEL LEE QUENTIN SCOTT | : |
| 75935-066 | |

# **O R D E R**

AND NOW, this 21st day of June, 2021, upon consideration of Defendant's Pro Se Motion for Compassionate Release/Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 140), and the Government's Response in Opposition thereto (Doc. No. 145) it is hereby ORDERED that:

1. The Defendant's request for appointment of counsel is DENIED;[1]
2. The Defendant's request to be released into home confinement is DENIED;
3. The Defendant's request for a hearing is DENIED;
4. The Defendant's Motion for Compassionate Release/Sentence Reduction (Doc. No. 140) is DENIED WITHOUT PREJUDICE for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

[1] The Federal Community Defender Office informed this Court that they reviewed Mr. Scott's Motion for Compassionate Release and do not to seek appointment for the purposes of the sentence reduction motion. We, therefore, deny the request.